IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JAMES EARL SNEED, SR., | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:19-CV-143 (CDL) |
| DEPARTMENT OF VETERANS AFFAIRS, *
*et al.*, | |
| | * |
| Defendants. | |
| | * |

O R D E R

Plaintiff filed this action on August 28, 2019. More than 90 days have passed, and Plaintiff has not filed a proof of service showing that Defendants have been served with a copy of the summons and complaint. Under Federal Rule of Civil Procedure 4(m), if a defendant is not served within 90 days after the complaint is filed, the court, after notice to the plaintiff, must dismiss the action without prejudice against the defendants or order that service be made within a specified time. Accordingly, Plaintiff is ordered to serve Defendants in accordance with the Federal Rules of Civil Procedure by December 26, 2019, and to file proof of that service by January 2, 2020. Failure to do so will result in the dismissal of Plaintiff's complaint against Defendants without prejudice.

IT IS SO ORDERED, this 3rd day of December, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA