IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JAMES EARL SNEED, SR., | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:19-CV-143 (CDL) |
| DEPARTMENT OF VETERANS AFFAIRS, *<br>*et al.*, | |
| | * |
| Defendants. | |
| | * |

O R D E R

The Court ordered Plaintiff to serve Defendants by December 26, 2019 and file proof of that service by January 2, 2020. The Court warned that failure to file a proof of service would result in the dismissal of Plaintiff's Complaint against Defendants without prejudice. Plaintiff did not file a proof of service. Therefore, the Complaint in this action is dismissed without prejudice.

IT IS SO ORDERED, this 7th day of January, 2020.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA